UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI)

**CASE NO. 1:20-cv-23402**

PINNACLE THREE CORPORATION, and
LEON GOLDSTEIN,

    Plaintiffs,

v.

OLEG FIRER, IGOR "GARY" GELMAN, and
STAR EQUITIES, LLC

    Defendants.
_____/

### DEFENDANT STAR EQUITIES, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Defendant STAR EQUITIES, LLC certifies that it does not have any parent corporation and that no publicly held corporation owns 10% or more of the stock in Defendant STAR EQUITIES, LLC.

Dated: October 19, 2020

    Respectfully submitted,

    By: s/Steven D. Weber
    Steven D. Weber
    Fla. Bar. No.: 47543
    **STARK WEBER PLLC**
    1221 Brickell Avenue
    Suite 900
    Miami, FL 33131
    Tel: (305) 377-8788
    steve@starkweber.com

    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that, on this 19th day of October, 2020, a copy of the foregoing has been served via the Court's CM/ECF portal to:

Sergiu Gherman
Fla. Bar No. 37031
sgherman@ghermanlaw.com
Gherman Legal Pllc
25 SE 2nd Ave. Ste. 808
Miami FL 33131-1603

*Attorney for Plaintiff*
.

                                         By:    s/Steven D. Weber