**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

**Case No. 1:20-cv-23402-JEM**

PINNACLE THREE CORPORATION, and
LEON GOLDSTEIN,

      Plaintiffs,

v.

OLEG FIRER, IGOR "GARY" GELMAN, and
STAR EQUITIES, LLC

      Defendants.
_____

**CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Court's Order ECF No. 21 and to Rule 7.1 of the Federal Rules of Civil Procedures, Plaintiffs Pinnacle Three Corporation and Leon Goldstein state that Pinnacle Three Corporation has no parent corporation and/or any publicly held corporation owning 10% of more of its stock. Additionally, a **complete** list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including **ALL** subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

| Name | Reason |
|---|---|
| Leon Goldstein | 100% owner of Pinnacle Three Corporation |
| Sergiu Gherman / Gherman Legal Pllc | Attorney for Leon Goldstein and Pinnacle Three Corporation |
| Paul Aiello / Bennett Aiello | Attorney for Leon Goldstein and Pinnacle Three Corporation |

Dated April 29, 2021.

Respectfully submitted,

| | |
|---|---|
| *Co-Counsel for the Plaintiffs* | *Co-Counsel for the Plaintiffs* |
| GHERMAN LEGAL PLLC | BENNETT & AIELLO<br>*Temporary Address for Mail* |
| 777 Brickell Ave Ste 500<br>Miami, Florida 33131-2803<br>Tel/Fax (305) 889-7890<br>sgherman@ghermanlaw.com | 3471 Main Highway, Suite 206<br>Coconut Grove, Florida 33133-5929<br>Phone: (305) 358-9011<br>paiello@bennettaiello.com |
| By:   */s Sergiu Gherman*<br>      Sergiu Gherman, FBN 37031 | By:   */s Paul Aiello*<br>      Paul Aiello, FBN 0909033 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2021 the foregoing document is being served this day on all counsel or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Via e-mail:
Steven D. Weber
Fla. Bar. No.: 47543
steve@starkweber.com

STARK WEBER PLLC
1221 Brickell Avenue
Suite 900
Miami, FL 33131
Tel: (305) 377-8788
Attorney for Defendants

| | |
|---|---|
| Respectfully submitted, | By:   /s/ *Sergiu Gherman*<br>      Sergiu Gherman, Bar No. 37031<br>      sgherman@ghermanlaw.com |
| | Attorney for Plaintiffs |