UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI)

**CASE NO. 1:20-cv-23402**

PINNACLE THREE CORPORATION, and
LEON GOLDSTEIN,

    Plaintiffs,

v.

OLEG FIRER, IGOR "GARY" GELMAN, and
STAR EQUITIES, LLC

    Defendants.
_____/

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Defendant STAR EQUITIES, LLC certifies that it does not have any parent corporation and that no publicly held corporation owns 10% or more of the stock in Defendant STAR EQUITIES, LLC.

Complete list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

| | |
|---|---|
| Pinnacle Three Corporation, a Florida Corporation | Plaintiff |
| Leon Goldstein | Plaintiff |
| Oleg Firer | Defendant |
| Gary Gelman | Defendant |

| | |
|---|---|
| Star Equities, LLC | Defendant |
| Star Development Ltd | Non-party |
| GHERMAN LEGAL PLLC | Counsel for Plaintiffs |
| BENNETT & AIELLO | Counsel for Plaintiffs |
| STARK WEBER PLLC | Counsel for Defendants |

Dated: April 29, 2021  Respectfully submitted,

By:    s/Steven D. Weber
      Steven D. Weber
      Fla. Bar. No.: 47543
      **STARK WEBER PLLC**
      1221 Brickell Avenue
      Suite 900
      Miami, FL 33131
      Tel: (305) 377-8788
      steve@starkweber.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 29th day of April, 2021, a copy of the foregoing has been served via the Court's CM/ECF portal to:

Sergiu Gherman
FBN: 037031
GHERMAN LEGAL PLLC
25 SE 2nd Avenue, Suite 808
Miami, Florida 33131-1603
Tel / Fax (305) 459-1551
sgherman@ghermanlaw.com

*Attorney for Plaintiff*

Paul Aiello
Florida Bar No. 0909033
BENNETT & AIELLO
3471 Main Highway, Suite 206
Coconut Grove, Florida 33133-5929

Phone: (305) 358-9011
Facsimile: (305) 358-9012
paiello@bennettaiello.com

*Attorney for Plaintiff*
.

By: s/Steven D. Weber