UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI)

CASE NO. 20-23402-CIV-MARTINEZ-BECERRA

LEON GOLDSTEIN,

    Plaintiff,

v.

OLEG FIRER, IGOR "GARY" GELMAN, and
STAR EQUITIES, LLC

    Defendants.
_____/

OLEG FIRER and IGOR "GARY" GELMAN,

    Counter-Plaintiffs,

v.

LEON GOLDSTEIN,

    Counter-Defendants.
_____/

## MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANTS / COUNTER-PLAINTIFFS

Pursuant to Local Rule 7.1, Defendants and Counter-Plaintiffs hereby move to substitute Weber Law, P.A. in place of Stark Weber PLLC as counsel for Defendants and Counter-Plaintiffs for this case.

The substitution is sought because Steven D. Weber, counsel for Defendants and Counter-Plaintiffs, will be practicing law through Weber Law, P.A. instead of Stark Weber PLLC. Defendants and Counter-Plaintiffs have consented to this substitution.

**Local Rule 7.1(a)(3) Certification**

On February 15, 2022, Defendants and Counter-Plaintiffs' counsel conferred with opposing counsel and opposing counsel does not object to the relief sought by this motion.

Date: February 16, 2022                                    Respectfully submitted,

    s/Steven D. Weber                       s/Steven D. Weber
Steven D. Weber                                           Steven D. Weber
Fla. Bar. No.: 47543                                      Fla. Bar. No.: 47543
**STARK WEBER PLLC**                                      **WEBER LAW, P.A.**
1221 Brickell Avenue                                      1221 Brickell Avenue
Suite 900                                                 Suite 900
Miami, FL 33131                                           Miami, FL 33131
Tel: 305-377-8788                                         Tel: 305-377-8788
steve@starkweber.com                                      steve@weberlawpa.com

*Counsel for Defendants and Counter-Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this February 16, 2022, a true and correct copy of the foregoing was served via the Court's CM/ECF portal upon the parties listed on the below service list.

By:   s/Steven D. Weber

## SERVICE LIST

Sergiu Gherman
FBN: 037031
GHERMAN LEGAL PLLC
25 SE 2nd Avenue, Suite 808
Miami, Florida 33131-1603
Tel / Fax (305) 459-1551
sgherman@ghermanlaw.com
*Attorney for Plaintiff*

Paul Aiello
Florida Bar No. 0909033
BENNETT & AIELLO
3471 Main Highway, Suite 206
Coconut Grove, Florida 33133-5929
Phone: (305) 358-9011

Facsimile: (305) 358-9012
paiello@bennettaiello.com
*Attorney for Plaintiff*