UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-23402-CIV-MARTINEZ-BECERRA

LEON GOLDSTEIN,

    Plaintiff,

v.

OLEG FIRER, *et al.*,

    Defendants.

_____/

### **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation, (ECF No. 39). On June 17, 2022, Magistrate Judge Becerra filed a Report and Recommendation, (ECF No. 84), recommending that Plaintiff's Motion to Strike, (ECF No. 71), be GRANTED IN PART and DENIED IN PART such that the First, Third, Sixth, Seventh, Eight, and Tenth Affirmative Defenses should be deemed denies and the Fourteenth, Fifteenth, and Twenty-Second Affirmative Defenses be stricken. This Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is:

ADJUDGED that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 84), is AFFIRMED and ADOPTED in its entirety. Accordingly, it is ADJUDGED that:

    1.    Plaintiff's Motion to Strike, (ECF No. 71), is GRANTED IN PART and DENIED IN PART as set forth herein:

        a.    Defendants' First, Third, Sixth, Seventh, Eight, and Tenth Affirmative Defenses are deemed denials, and

      b.      Defendants' Fourteenth, Fifteenth, and Twenty-Second Affirmative Defenses are STRICKEN.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of July, 2022.

*[signature]*
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record