UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-23402-CIV-MARTINEZ-BECERRA

LEON GOLDSTEIN,

    Plaintiff/Counter-Defendant,

v.

OLEG FIRER, *et al.*,

    Defendants/Counter-Plaintiffs.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for "a Report and Recommendation on all dispositive matters not consented to by the parties." (ECF No. 39). Thereafter, Defendants filed their Motion for Summary Judgment (the "Motion"), (ECF No. 89). Hence, Magistrate Judge Becerra filed a Report and Recommendation, which recommended that this Court grant in part and deny in part the Motion. (ECF No. 111.) Plaintiff timely filed his objections to the Report and Recommendation. (ECF No. 112.) Defendants did not file any objections and the time to do so has now passed.

This Court reviewed the entire file and record and made a de novo review of the Motion and issues that Plaintiff's objections to the Report and Recommendation present. This Court finds that the issues raised in Plaintiff's objections, (ECF No. 112), were already addressed in Magistrate Judge Becerra's Report and Recommendation, (ECF No. 111), or are without merit.

After careful consideration, it is

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 111), is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ORDERED AND**

**ADJUDGED** that the Motion, (ECF No. 85), is **GRANTED IN PART** with regard to Counts I and II and **DENIED IN PART** with regard to Counts III and IV.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29 day of November, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record